# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Judy Martin, as next of Kin for
Adam Martin, Deceased

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**12      3846**

- against -

Charles Samuels, Jr, Director FBOP
Bryan Bledsoe, Warden
Unnamed Associate Warden
Unnamed Medical Personel
Unnamed Correction Officers

_____
_____
_____
_____
_____
_____

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff      Name  Judy Martin

ID #  20949-076

Current Institution  Federal Prison Camp Alderson

Address  PO Box A

Alderson, WV 24910

*Rev. 10/2009*

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **Charles Samuels, Jr-Director** Shield #_____
Where Currently Employed **Federal Bureau of Prisons**
Address **320 1st Street NW**
**Washington, DC 20534**

Defendant No. 2
Name **Bryan Bledsoe, Warden** Shield #_____
Where Currently Employed **U.S.P. Lewisburg**
Address **PO Box 1000**
**Lewisburg, PA 17837**

Defendant No. 3
Name **Unnamed Associate Warden** Shield #_____
Where Currently Employed **U.S.P. Lewisburg**
Address **PO Box 1000**
**Lewisburg, PA 17837**

Defendant No. 4
Name **Unnamed Medical Personel** Shield #_____
Where Currently Employed **U.S.P. Lewisburg**
Address **PO Box 1000**
**Lewisburg, PA 17837**

Defendant No. 5
Name **Unnamed Correction Officers** Shield #_____
Where Currently Employed **U.S.P. Lewisburg**
Address **PO Box 1000**
**Lewisburg, PA 17837**

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
**U.S.P. Lewisburg - Lewisburg, PA**

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
**In or Around Mr. Martin's Cell in his housing Unit**

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
**On or Around July 5, 2010**

D.   Facts: To the best of the plaintiff's knowledge the facts are as follows: On or about July 5, 2010, the deceased, Adam Martin, was in his cell with his roommate Ralph Buchanan. Mr. Buchanan fell out of his top bunk and injured himself. While Mr. Martin was trying to administer aid, the correction officers must have thought that they were fighting. The officers ordered them both to step to the doors to be handcuffed. When Mr. Martin tried telling them that Mr. Buchanan was injured, the officers hit the cell with tear gas. Mr. Martin placed his hands through the door and was cuffed with his hands in front. The cell door was then opended and the officer's moved Mr. Martins hands behind his back and recuffed him. Mr. Martin collapsed somewhere near the showers. The officers placed Mr. Martin on a stretcher and dropped him several times going down the stairs. Mr. Martin was then placed in a cell by himself and left him. The officer's discovered Mr. Martin dead the next morning, July 6, 2010

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

The Deceased, Mr. Adam Martin recieved injuries that subsequently lead to his death. _____

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know _X_

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know _X_

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No _X_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No _X_

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____N/A_____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to

the highest level of the grievance process. _____

_____

_____

_____

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____

    MR. Martin died in U.S.P. Lewisburg in
    Lewisburg, PA and Plaintiff is currenty
    incarcerated at FPC Alderson in Alderson, WV
    and was unable to a grievance

    2.    If you did not file a grievance but informed any officials of your claim, state who you
    informed, when and how, and their response, if any:_____ N|A _____

    _____

    _____

    _____

    _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies. _____ N|A _____

    _____

    _____

    _____

    _____

    _____

    _____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
    administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _____ Five (5) _____

    - Compencatory Damages - ⑤ million dollars
    - Punitive Damages - ten (10) million dollars
    - Condition Changes on behalf of all current
    and Future Lewisburg Penitiary inmates

    _____

    _____

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

**VI.**   **Previous lawsuits:**

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

        Yes ____ No __X__

B.      If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

        1.      Parties to the previous lawsuit:

        Plaintiff _____

        Defendants _____

        2.      Court (if federal court, name the district; if state court, name the county) _____

        3.      Docket or Index number _____

        4.      Name of Judge assigned to your case _____

        5.      Approximate date of filing lawsuit _____

        6.      Is the case still pending?   Yes ____ No ____

                If NO, give the approximate date of disposition _____

*Rev. 10/2009*                                      - 6 -

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

C.   Have you filed other lawsuits in state or federal court?

On other claims

Yes __X__ No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff __Judy Martin_____

Defendants __United States of America_____

2.   Court (if federal court, name the district; if state court, name the county) USDC - Southern District of West Virginia - Bluefield Division

3.   Docket or Index number __1:12-CV-1399_____

4.   Name of Judge assigned to your case __Judge Farber_____

5.   Approximate date of filing lawsuit __2010_____

6.   Is the case still pending?   Yes __X__ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __5__ day of __July_____, 20__12__

Signature of Plaintiff __Judy Martin_____

Inmate Number __20949-076_____

Institution Address __Federal Prison Camp_____
__PO Box A_____
__Alderson, WV 24910_____

_____

*Rev. 10/2009*                                    - 7 -

Note:     All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
          their inmate numbers and addresses.


I declare under penalty of perjury that on this __5__ day of __July_____, 20_12_, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.




                                        Signature of Plaintiff: _Judy Martin_____