United States District Court
for the Eastern District of Pennsylvania

JUDY MARTIN AS NEXT OF KIN FOR ADAM
MARTIN, DECEASED
Plaintiff

vs.                              Case Number   12-3846

FILED
JUL 2 3 2012
MICHAEL E. KUNZ, Clerk
By_____ , Dep. Clerk

CHARLES SAMUELS, JR. DIRECTOR FBOP;
WARDEN BRYAN BLEDSOE
Defendant

Acceptance of Service by the United States Attorney

I _Luciana Mayo_ (print name) hereby accept service on behalf of the United States Attorney (only).

_Luciana Mayo_
For the United States Attorney (Signature)

_Luciana Mayo_
Print Name

_7/23/12_
Date